**BRILL LEGAL GROUP, P.C.**

Tel: (888) 315-9841 | www.brill-legal.com

Peter E. Brill
David Gray
Mitchell Hirsch*
Rita Bonicelli*
Matthew Haicken*
James Moschella*

*Of Counsel

January 2, 2025

**Via ECF**
Hon. Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

**MEMO ENDORSED**

    Re:  **US v. Danny Matos**
       *24-cr-299 (JGLC)*

Dear Judge Clarke:

  With the consent of the government, I am requesting a brief adjournment of Mr. Matos' sentencing date, currently scheduled for January 15, 2025.

  Due to a trial matter that lasted significantly longer than expected, I was unable to complete my sentencing submission to the Court prior to the deadline and am requesting a short delay to the sentencing.

  As per the Court's rules, the defense will submit its sentencing memorandum three weeks prior to the adjusted sentencing date. We are currently available January 31, February 3, 11, 12, 19, 29, 21, 25, 27 or 28, 2025.

  As noted above, this is Defendant's third and final request to continue sentencing.

  Thank you for your consideration.

Application GRANTED. The sentencing scheduled for January 15, 2025 is ADJOURNED to February 28, 2025 at 12:00 p.m. in Courtroom 11B located at 500 Pearl Street, New York, New York. The Clerk of Court is directed to terminate the letter motion at ECF No. 27.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge
Dated: January 6, 2025
   New York, New York

Respectfully submitted,

Peter E. Brill

176 Lexington Avenue
Suite O
New York, NY 10016

64 Hilton Avenue
Hempstead, N.Y. 11550

150 Motor Parkway
Suite 401
Hauppauge, N.Y. 11788