UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

DANNY MATOS,

Defendant.

24-CR-299 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

The parties are directed to submit simultaneous briefs by no later than **November 20, 2026**, regarding the impact, if any, of the Second Circuit's decision in *In re: IIG Structured Trade Finance Fund, Ltd.*, No. 25-277, 2026 WL 2819201 (2d Cir. Sept. 21, 2026), on the Government's pending turnover motion at ECF No. 40. The briefs shall be no more than 3,500 words.

Dated: November 4, 2026
New York, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge